UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------

**Linda Velez,**
      Plaintiff,

  -vs-

**ORDER**

Cv-04-4797(FB)(CP)

**Betsy Sanchez,**
      DEFENDANT.

-------------------------------------

The default judgement dated April 27, 2004 is hereby vacated and the Clerk of the Court is hereby directed to reopen the above entitled action.

SO ORDERED.

                                                  UNITED STATES DISTRICT JUDGE

DATED:  Brooklyn, N.Y.
            June 6, 2005