**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LINDA VELEZ, | : |
| Plaintiff, | : |
| -v.- | : **DOCKET NO. 04 CV 4797 (FB) (CLP)** |
| BETSY SANCHEZ, YOLANDA MUNOZ, and SHARI MUNOZ, | : **NOTICE OF MOTION FOR** : **SUMMARY JUDGMENT** |
| Defendants. | : |
| BETSY SANCHEZ, | : |
| Defendant and Third-party Plaintiff, | : |
| -v.- | : |
| HERNANDO SANCHEZ, | : |
| Third-party Defendant. | : |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and

Statement of Undisputed Material Facts, dated May 11, 2009, and the Certification of Sheldon

Karasik and exhibits attached thereto, and all the papers and proceedings previously had herein,

the Defendants will move this Court, before the Honorable Frederic Block, United States District

Judge, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York

11201, on a date and at a time to be designated by the Court, for an order and judgment pursuant

to Rule 56 of Fed. R. Civ. Pro., dismissing the Amended Complaint against Defendants and for

such other and further relief that the Court may deem just and proper.

Dated: New York, New York
      May 11, 2009

KARASIK & ASSOCIATES, LLC

By:    _____

Sheldon Karasik, Esq.  (SK-4020)
(A Member of the Firm)
560 West 43rd Street
Suite 26A
New York, NY  10036
(212) 725-7364
Attorneys for Defendants,

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Motion for Summary Judgment, Memorandum of Law and Statement of Undisputed Material Facts in Support, Affirmation and exhibits attached thereto was served by United States mail, postage prepaid, on:

> Andrew Fields, Esq.
> International Women's Human Rights Clinic
> 65-21 Main Street
> Flushing, NY 11367

on May 11, 2009.

_____
Sheldon Karasik, Esq.