```
&%RP&%D1&%RPCourt Name: Eastern District of
New York
Division: 1
Receipt Number: 4653024036
Cashier ID: tenecora
Transaction Date: 01/07/2011
Payer Name: SIMPSON THACKER BARLETT LLP
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: SIMPSON THACKER BARLETT LLP
 Case/Party: D-NYE-1-04-CV-004797-000
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 1181089
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```