**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

**MANDATE**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 31st day of July, two thousand twelve.

Before: REENA RAGGI,
        CHRISTOPHER DRONEY,
            _Circuit Judges,_
        KIYO A. MATSUMOTO,*
            _District Judge._

_____

LINDA VELEZ,

    Plaintiff-Counter-Defendant-Appellant,

    v.

BETSY SANCHEZ,

    Defendant-Counter-Claimant-Third-Party-Plaintiff-Appellee,

SHARI MUNOZ, YOLANDA MUNOZ,

    Defendants-Counter-Claimants-Appellees,

    v.

HERNANDO SANCHEZ,

    Third-Party-Defendant.

JUDGMENT
Docket No.: 11-90

_____

The appeal in the above captioned case from orders of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the orders of the District Court are AFFIRMED in part and VACATED in part and the case is REMANDED in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/23/2012

_____

* Hon. Kiyo A. Matsumoto of the United States District Court for the Eastern District of New York, sitting by designation.