UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x **MEMORANDUM AND ORDER**
LINDA VELEZ,                                                Case No. 04-CV-4797 (FB) (CLP)

                Plaintiff,

    -against-

BETSY SANCHEZ, YOLANDA MUNOZ, and
SHARI MUNOZ,

                Defendants.
-----------------------------------------------------------x
BETSY SANCHEZ,

                Third-Party Plaintiff,

    -against-

HERNANDO SANCHEZ,

                Third-Party Defendant.
-----------------------------------------------------------x

*Appearances:*
*For the Plaintiff:*
ANDREW J. FIELDS, ESQ.
Guild for Human Rights Progress
220 36th Street, Suite 505
Brooklyn, NY 11232

*For Defendants Betsy Sanchez, Yolanda Munoz, & Shari Munoz*:
SHELDON G. KARASIK, ESQ.
Simon, Eisenberg & Baum LLP
24 Union Square East, 5th Floor
New York, NY 10003

*For Third-Party Defendant Hernando Sanchez*:
HAL R. LIEBERMAN, ESQ.
Hinshaw & Culbertson, LLP
780 Third Avenue, 4th Floor
New York, NY 10017

**BLOCK, Senior District Judge:**

        On July 31, 2012, the Second Circuit vacated the Court's grant of summary judgment against plaintiff and remanded the Fair Labor Standards Act ("FLSA") claim along with all outstanding state law claims. The Court now denies the parties' cross-motions for

summary judgment on the state law claims. Issues of fact exist, and their relevancy to the respective state law claims will be addressed at trial along with the FLSA claim.

      **SO ORDERED.**

_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
January 23, 2013